Official Form 17
(12/04)

# United States Bankruptcy Court

_____ District Of _____

In re **Danien Harper**,
      Debtor

Case No. **07-12035**

Chapter **7**

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

**Danien Harper**, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the **2** day of **10** , **2007**
                                                                        (month)     (year)

    The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: **10/2/2007**

Signed: **Damien Harper**
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: **Dr. Muhammad**

Address: **2844 8 avenue #4d**

**NY NY 10039**

Telephone No: **(212) 694-1263**

    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*