UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

In re: **Danien F. Harper**

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

------------------------------------------------X

07-CV-10386 RWS

FROM: KATHLEEN FARRELL-WILLOUGHBY, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: J.MICHAEL MCMAHON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Danien F. Harper
DATE OF FILING NOTICE OF APPEAL: 10/2/2007

BANKRUPTCY CASE: 07-12035 (ALG)

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee as required by:

___ FRBP 8006
___ Federal Rules of Civil Procedure (Rule _____)
_X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **November 16, 2007**
New York, New York

Kathleen Farrell-Willoughby, Clerk
U.S. Bankruptcy Court, SDNY

By: _____
Deputy Clerk

Internal Control #: 20

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED**.

Dated 11-26 2007
New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J.Michael McMahon, Clerk
District Court, SDNY

By: _____
Deputy Clerk